MATTHEW J. RUGGLES, Bar No. 173052
AARON D. CREWS, Bar No. 235381
LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way, Suite 390
Sacramento, CA  95833.4227
Telephone:    916.561.5300

Attorneys for Defendant
HENRY SCHEIN INCORPORATED


LAWRANCE A. BOHM, Bar No. 208716
BOHM LAW GROUP
4600 Northgate Boulevard, Suite 210
Sacramento, CA  95834

Attorney for Plaintiff
DAVID BRACK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BRACK,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HENRY SCHEIN INCORPORATED, CALIGOR, MICROBIOMEDICS, and DOES 1-100, inclusive,<br><br>　　　　　Defendant. | Case No.  2:06 CV 2526 FCD-KJM<br><br>**STIPULATION CONTINUING VOLUNTARY DISPUTE RESOLUTION PROCESS AND EXTENDING THE DATE OF THE EARLY NEUTRAL EVALUATION** |

Case No.  2:06 CV 2526 FCD-KJM

STIPULATION CONTINUING VDRP AND EXTENDING THE DATE OF THE EARLY NEUTRAL EVALUATION

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA  95833.4227
916.561.5300

    Plaintiff David Brack ("Brack") and Defendant Henry Schein Incorporated ("HSI"), by and through their counsel of record, hereby stipulate and agree as follows:

    1. In order to provide additional time for the parties to attempt to resolve this matter informally, the parties stipulate and agree to extend the period to complete the Voluntary Dispute Resolution Process ("VDRP") to March 1, 2008.

    2. The parties further stipulate that the discovery deadline in this matter should be extended by 90-days. Accordingly, all non-expert discovery in this matter shall be completed on or before May 29, 2008. The parties' written designation of expert witnesses, along with the name, address, and area of expertise of each expert they propose to tender at trial shall be filed with the Court and served upon all other parties no later than May 27, 2008. The designation shall be accompanied by a written report prepared and signed by each expert witness identified. The report shall comply with Fed. R. Civ. P. 26(a)(2)(B).

    By June 30, 2008, any party who previously disclosed expert witnesses may submit a supplemental list of expert witnesses who will express an opinion on a subject covered by an expert designated by an adverse party, if the party supplementing an expert witness designation has not previously retained an expert to testify on that subject. The supplemental designation shall be accompanied by a written report which shall also comply with the conditions stated above.

    All expert discovery shall be completed by July 7, 2008.

//
//
//
//
//
//
//
//
//
//

2.  Case No. 2:06 CV 2526 FCD-KJM
STIPULATION CONTINUING VDRP AND EXTENDING THE DATE OF THE EARLY NEUTRAL EVALUATION
LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.561.5300

**IT IS SO STIPULATED.**

Dated: January 20, 2008

/s/ Matthew J. Ruggles
MATTHEW J. RUGGLES
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
HENRY SCHEIN INCORPORATED

Dated: January 20, 2008

/s/ Lawrance A. Bohm (authorized 1/20/08)
LAWRANCE A. BOHM
BOHM LAW GROUP
Attorneys for Plaintiff
DAVID BRACK

**IT IS SO ORDERED.**

Dated: February 12, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.561.5300

3.                    Case No. 2:06 CV 2526 FCD-KJM
STIPULATION CONTINUING VDRP AND EXTENDING THE DATE OF THE EARLY NEUTRAL EVALUATION