MATTHEW J. RUGGLES, Bar No. 173052
LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way, Suite 390
Sacramento, CA  95833.4227
Telephone:   916.830.7200

Attorneys for Defendant
HENRY SCHEIN, INC.


LAWRANCE A. BOHM, Bar No. 208716
BOHM LAW GROUP
4600 Northgate Boulevard, Suite 210
Sacramento, CA  95834

Attorney for Plaintiff
DAVID BRACK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BRACK,<br><br>         Plaintiff,<br><br>     v.<br><br>HENRY SCHEIN INCORPORATED, CALIGOR, MICROBIOMEDICS, and DOES 1-100, inclusive,<br><br>         Defendant. | Case No.  2:06-CV-2526 FCD-KJM<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA  95833.4227
916.561.5300

Case No.  2:06 CV 2526 FCD-KJM
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff David Brack and Defendants Henry Schein Incorporated, Caligor and Microbiomedics hereby stipulate to dismiss the present action with prejudice, each party to bear its own attorney's fees and costs.

Dated: July 15, 2008

/s/ Matthew J. Ruggles
MATTHEW J. RUGGLES
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
HENRY SCHEIN, INC., CALIGOR, MICROBIOMEDICS

Dated: July 15, 2008

/s/ Lawrance A. Bohm (authorized 7/14/08)
LAWRANCE A. BOHM
BOHM LAW GROUP
Attorneys for Plaintiff
DAVID BRACK

**ORDER**

IT IS SO ORDERED:

Dated: July 15, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE